UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE E. GRIMALDI, | ) | NO. CV 14-3729-JVS (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CALIFORNIA CORRECTIONAL INST., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: November 5, 2014

_____
JAMES V. SELNA
United States District Judge