IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GRIMALDI, <br><br> Petitioner, <br><br> v. <br><br> K. HOLLAND, Warden, <br><br> Respondent. | NO. CV 14-3729-JVS (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("FAP"), Petitioner's motion for leave to amend the FAP, the briefs on the motion, the other records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), the Objections, and the Response. The Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Report.

IT THEREFORE IS ORDERED that Petitioner's motion for leave to amend the FAP is GRANTED IN PART AND DENIED IN PART as follows:

1. Petitioner is granted leave to file a Second Amended Petition for Writ of Habeas Corpus that contains Ground Two within 30 days after entry of this Order;

    2. Petitioner's motion for leave to add Grounds One and Three contained in the proposed Second Amended Petition is denied.

    3. Respondent shall file a response to the Second Amended Petition within 45 days after service of the Second Amended Petition.

    4. The matter is referred back to the Magistrate Judge for further proceedings.

DATED: September 25, 2025

_____
JAMES V. SELNA
United States District Judge